Order Issued October 18, 2012



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-10-00467-CR

**KENNY WIGGINS, Appellant**

V.

**THE STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause No. F09-54476-J

# ORDER

On the Court's own motion, we **WITHDRAW** the mandate issued in this matter on April

30, 2012. We **DIRECT** that a new mandate issue forthwith reflecting that the judgment of the trial

court is modified to delete the $7500 fine from the trial court's judgment and affirming the judgment

as modified.

ROBERT M. FILLMORE
JUSTICE